No. 691     December 28, 2023     811

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Tim DEAN,
Tracey Dean, Richard E. Cave,
Jane C. Gibbons, John Blackburn, Jay Bennett,
Laurie Bennett, Linden Knapp, Ruth Knapp,
Royce Trammell, Julie D. Reading, and Dale Niebert,
*Petitioners,*

*v.*

LINCOLN COUNTY,
*Respondent.*

Land Use Board of Appeals
2023020; A182468

Argued and submitted December 4, 2023.

Heather A. Brann argued the cause for appellant. Also on the brief was Heather A. Brann PC.

Christopher D. Crean argued the cause for respondent. Also on the brief were Emily M. Matasar, and Beery, Elsner & Hammond, LLP.

Before Ortega, Presiding Judge, and Lagesen, Chief Judge, and Powers, Judge.

POWERS, J.

Affirmed.

**POWERS, J.**

Petitioners seek judicial review of a final order by the Land Use Board of Appeals (LUBA) that granted Lincoln County's motion to dismiss for lack of jurisdiction and granted petitioners' motion to transfer the case to circuit court. LUBA concluded that Lincoln County's order establishing geographic subareas for short-term rental (STR) licenses and establishing limits on the number of STR licenses in each subarea was not a land use decision for purposes of LUBA jurisdiction. *See* ORS 197.825(1) (providing LUBA with exclusive jurisdiction, subject to specified exceptions not applicable here, to review any "land use decision or limited land use decision"). On review, petitioners contend that LUBA erred in concluding that the challenged decision was not a land use decision and in refusing to review the order under *Barnes v. City of Hillsboro*, 239 Or App 73, 243 P3d 139 (2010). We have reviewed petitioners' arguments on review and conclude that those arguments do not provide any reason to disturb LUBA's decision.

Affirmed.